IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| ASHLEY BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:25-cv-00704 |
| | ) | |
| v. | ) | |
| | ) | JUDGE RICHARDSON |
| PENSKE LOGISTICS, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 13, 2026, the parties filed a "Joint Stipulation of Dismissal" (Doc. No. 23) ("Stipulation").

The Stipulation was signed by counsel for all parties. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), therefore, the Stipulation sufficed to dismiss this matter with any action on the part of the Court. The Stipulation states that the dismissal is with prejudice, and thus under Rule 41(a)(1)(B) the dismissal in fact is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice effective as of the time of the filing of the Stipulation.

The Clerk of the Court is **DIRECTED** to enter judgment pursuant to Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE